

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     In re Cecilia Marie Ryan and Attorney Suzanne Schwab-Radcliffe

Appellate case number:   01-12-01022-CV

Trial court case number: 12FD1843

Trial court:             County Court at Law No 3 of Galveston County

On December 14, 2012, relator, Cecelia Ryan, filed what is effectively an agreed motion to stay trial, currently set to begin on December 19, 2012. Relator's emergency motion is granted. The December 19, 2012 setting for the trial of the underlying case is stayed. The stay is effective until this mandamus proceeding is finally decided. *See* TEX. R. APP. P. 52.10(b).

      It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
              ☑ Acting individually    ☐ Acting for the Court

Date: December 17, 2012